Timothy CLAY, Jr., Appellant,

v.

STATE of Missouri, Respondent.

WD 77426

Missouri Court of Appeals, Western District.

ORDER FILED: May 19, 2015

Mark Grothoff, Columbia, MO Counsel for Appellant.

Richard Starnes, Jefferson City, MO Counsel for Respondent.

Before Division One: James Edward Welsh, P.J., Thomas H. Newton, and Karen King Mitchell, JJ.

## ORDER

Per Curiam:

Mr. Timothy Clay, Jr., appeals the denial of a 29.15 post-conviction relief motion. He claims trial counsel was ineffective for failing to investigate and call the codefendant to corroborate a self-defense theory. He also claims appellate counsel was ineffective for failing to file surveillance video exhibits to support the insufficiency of evidence argument. We affirm.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).